UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**THE WEST VIRGINIA HIGHLANDS
CONSERVANCY,**

    Plaintiff,

v.                                    Civil Action No. 2:00-1062

**KEN SALAZAR, Secretary of
the Department of the Interior and
JOSEPH PIZARCHIK, Director,
Office of Surface Mining,**

    Defendants

**WEST VIRGINIA COAL ASSOCIATION,**

    Intervenor-Defendant

O R D E R

For reasons appearing to the court, the parties are directed to file no later than August 25, 2011, a joint status report addressing any matters impacting the disposition of the second motion to reopen following the status conference held August 5, 2011.

The Clerk is directed to forward copies of this order to all counsel of record and any unrepresented parties.

                                      DATED: August 9, 2011

                                      John T. Copenhaver, Jr.
                                      United States District Judge